■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RUBEN BRIGGMAN, Appellant. [26 NYS3d 464]—

Judgment, Supreme Court, New York County (Patricia Nunez, J.), rendered April 30, 2012, as amended July 13, 2012, convicting defendant, after a jury trial, of robbery in the second degree, and sentencing him, as a persistent violent felony offender, to a term of 18 years to life, unanimously affirmed.

The verdict was supported by legally sufficient evidence and was not against the weight of the evidence (*see People v Danielson*, 9 NY3d 342, 348-349 [2007]). The evidence supports an inference that the victim's injuries were more than mere "petty slaps, shoves, kicks and the like" (*Matter of Philip A.*, 49 NY2d 198, 200 [1980]), and that they caused "more than slight or trivial pain" (*People v Chiddick*, 8 NY3d 445, 447 [2007]; *see also People v Guidice*, 83 NY2d 630, 636 [1994]). Defendant punched the victim in the face with a closed fist, causing pain that required the use of ice and over-the-counter medication, disorientation, dizziness, blurred vision and eye irritation. She suffered these symptoms for approximately a week and photographs showed discoloration around her eye three days after the incident (*see e.g. People v James*, 2 AD3d 291 [1st Dept 2003], *lv denied* 2 NY3d 741 [2004]). Concur—Friedman, J.P., Acosta, Renwick and Richter, JJ.